I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:     DATE:    DEPUTY CLERK:

Plaintiff on March 12, 2015 by DV

FILED
CLERK, U.S. DISTRICT COURT

March 12, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: DV _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TERRY LAMELL EZELL,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ESQUETINI et al.,<br><br>    Defendants. | No. CV 14-04791-FMO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Second Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Neither party has filed any written objections to the Report.

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. Defendants' motion to dismiss is granted.

///

///

3. If Plaintiff wishes to pursue this action, he is ORDERED to file a Third Amended Complaint within twenty-one (21) days of the date of this Order that is limited to his Eighth Amendment claims against Defendants Esquetini and Hernandez and corrects the deficiencies identified in the Magistrate Judge's Report.

Dated: March 11, 2015

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge