UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRY LAMELL EZELL,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ESQUETINI et al.,<br><br>Defendants. | No. CV 14-04791-FMO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Third Amended Complaint, the records on file, and the Final Report and Recommendation of the assigned United States Magistrate Judge. Neither party has filed any written objections to the Report.

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Final Report and Recommendation is approved and accepted.

2. Defendants' motion to dismiss is denied.

///

///

///

3.     Defendants are ordered to file an Answer within twenty-one (21) days of the date of this Order.

Dated: March 14, 2016

                                                                                _____/s/_____
                                                                  FERNANDO M. OLGUIN
                                                                  United States District Judge