JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRY LAMELL EZELL, | No. CV 14-04791-FMO (DFM) |
| Plaintiff, | |
| v. | JUDGMENT |
| JOSE ESQUETINI et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 13, 2017

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge